

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No:   15 CR 106 |
| v. | ) | |
| Brian Maddaleni | ) | Judge:   Young B. Kim |

## ORDER

Initial appearance proceedings held. Defendant Brian Maddaleni appeared in response to his arrest on March 4, 2015. The court finds that Defendant is unable to afford counsel. Enter Order appointing Sergio Rodriguez of the Federal Defender Program as counsel for Defendant. The court advised Defendant of his rights. The government's oral motion for pretrial detention is entered and continued. A detention hearing is scheduled for March 6, 2015, at 3:00 p.m. in courtroom 1743. Defendant shall remain in custody pending further order of the court. Defendant waived his right to a preliminary examination hearing. The court finds probable cause and orders Defendant bound to the District Court for further proceedings.

(00:30 initial appearance)

Date: March 5, 2015