**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |  |
|---|---|---|---|
| USA | ) | Case No: | 15 CR 106 |
|  | ) |  |  |
| v. | ) |  |  |
|  | ) | Judge: | Young B. Kim |
| Brian Maddaleni | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |

## ORDER

Detention hearing held.   The government's oral motion for pretrial detention is denied as moot. The government and Defendant agreed on certain conditions of release.   Enter Order Setting Conditions of Release.   Defendant shall be released after processing.

(00:30 detention hearing)


Date: March 6, 2015