## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.:15 CR 106 |
| | ) | |
| | ) | JUDGE YOUNG KIM |
| BRIAN MADDALENI | ) | |
| | ) | |

## SUBSTITUTION OF ATTORNEYS

I hereby move to withdraw as Attorney of Record for the Defendant, BRIAN MADDALENI.

_____
SERGIO FIDEL RODRIGUEZ


I hereby ask leave to enter my Appearance as Attorney of record for the Defendant, BRIAN MADDALENI.


_/X/ KEVIN P. BOLGER
KEVIN P. BOLGER


KEVIN P. BOLGER
20 NORTH WACKER DRIVE- 3710
CHICAGO, IL 60606
312-899-8100
312-899-4900 FAX
BOLGERLAW@AOL.COM