UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                                                  Plaintiff,

v.                                                                         Case No.: 1:15−cr−00106
                                                                        Honorable Young B. Kim

Brian Maddaleni
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 16, 2015:

      MINUTE entry before the Honorable Young B. Kim as to Brian Maddaleni: Motion hearing held. Defendant's motion to expand bail [16] is granted to the extent that Defendant is hereby removed from home detention and placed on curfew. The government does not oppose this modification to the conditions of Defendant's pretrial release. Defendant is hereby restricted to his residence everyday from 1:00 a.m. until 9:00 a.m., or as directed by the pretrial services office or supervising officer. Defendant is to remain on location monitoring. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.