**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No: 15 CR 106 |
| v. | ) | |
| | ) | Chief Judge Ruben Castillo |
| Brian Maddaleni | ) | |

## ORDER

The Government's agreed motion for a third extension of time to return an indictment or file an information pursuant to 21 U.S.C. §846, to and including June 26, 2015 [23] is granted.   The Clerk of Court is directed to seal the Exhibit attached to the motion.


Date:   May 27, 2015                    /s/  Chief Judge Ruben Castillo