UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 15 CR 106 |
| BRIAN MADDALENI | Ruben Castillo<br>Chief Judge |

**ORDER**

Upon the Government's Motion for a Third Extension of Time to Return an Indictment or File an Information, under Title 18, United States Code, Section 2113(a), in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to return an indictment or file an information against defendant be extended from May 29, 2015, to and including June 26, 2015. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth in the Motion and the sealed Attachment accompanying the motion.

ENTERED:

_____
RUBEN CASTILLO
Chief Judge
United States District Court
Northern District of Illinois

Date: May 27, 2015