UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MADDALENI | No. 15 CR 106<br><br>Ruben Castillo<br>Chief Judge<br><br>**UNDER SEAL** |

**ATTACHMENT TO GOVERNMENT'S AGREED
MOTION FOR A FIFTH EXTENSION OF TIME TO
RETURN AN INDICTMENT OR FILE AN INFORMATION**

# FILED UNDER SEAL