IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA					HONORABLE YOUNG KIM

					VS					15 CR 106

BRIAN MADDALENI

**MOTION TO EXPAND BAIL**

Now comes the defendant, BRIAN MADDALENI, by and through his attorney, KEVIN P. BOLGER, and asks this Court to review the present conditions of bail to allow him to work. In support thereof, the defendant states as follows:

1. The defendant was previously admitted to bail in the above captioned case.

2. There have not been any violations of that bond. As a condition of the bond he is on electronic home monitoring with permission to work.

3. Defendant has a limousine company in which he must work varied hours seven days a week. Often times these "pick ups" or "trips" are on as little as three hour notice. His pretrial Officer Christa Greene requires notice prior to approval. She has diligently worked with the defendant to aid him in his schedule but it is a cumbersome process for both parties and often frustrates his ability to perform his professional and personal obligations.

4. Defendant would like permission to expand his bond to allow him to be removed from the bracelet and curfew.

5. If allowed he would provide pretrial with proof of his activities by keeping a log of all his trips.

6. AUSA Driscoll will make his position known to the court at the hearing.

7. Pretrial Officer Christa has no objection.

Wherefore the defendant requests that his bail be modified to remove him from curfew and EM.

Respectfully submitted,


KEVIN P. BOLGER


KEVIN P. BOLGER
150 NORTH WACKER DRIVE-SUITE 2460
CHICAGO, ILLINOIS 60606
312-899-8100