# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **1:15 CR 106** |
| | ) | |
| **BRIAN MADDALENI** | ) | **JUDGE YOUNG KIM** |

## NOTICE OF MOTION

TO: CLERK OF THE UNITED STATES DISTRICT COURT      OFFICE OF THE U.S. ATTORNEY
       NORTHERN DISTRICT OF ILLINOIS                  NORTHERN DISTRICT OF ILLINOIS
       219 SOUTH DEARBORN                           AUSA SEAN DRISCOLL
       CHICAGO, IL 60601                               219 S. DEARBORN- 500
                                                       CHICAGO, IL 60601

PLEASE TAKE NOTICE THAT on the 11TH day of AUGUST, 2014 at 11:00 am I shall present the attached  MOTION TO MODIFY BAIL before the Honorable YOUNG KIM in Court room 1009 in the United States District Court for the NORTHERN District of Illinois, a copy of which is hereby served upon you.

## PROOF OF SERVICE

     The undersigned, being duly sworn on oath, deposes and states that he served a copy of the above NOTICE, together with said documents, upon the above named attorney by

\_\_\_federal express
\_\_\_hand delivered
\_\_\_enclosing a true and correct copy thereof in a duly addressed, postage prepaid envelope, and depositing the same in the U.S. mail at 20 N..Wacker Drive , Chicago, Illinois
X  Electronic filing

on the 6TH day of AUGUST, 2015.                 _____

KEVIN P. BOLGER
20 N. WACKER DRIVE SUITE 3710
CHICAGO, ILLINOIS 60606
312-899-8100
312-953-0737 CELL
bolgerlaw@aol.com