UNITED STATES OF AMERICA
                               Plaintiff,

v.                                                           Case No.: 1:15−cr−00106
                                                                           Honorable Young B. Kim

Brian Maddaleni
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2015:

       MINUTE entry before the Honorable Young B. Kim: as to Brian Maddaleni: Motion hearing held. For the reasons stated in open court, Defendant's motion to modify his conditions of release [35] is granted over the government's objection. The motion is granted to the extent that Defendant must post his 1999 Camaro as security with the clerk's office. Once Pretrial Services and the government are satisfied that Defendant has posted the Camaro as security, Defendant is to be removed from electronic monitoring and curfew. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.