UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 106 |
| | ) | |
| v. | ) | Violation: Title 21, United States |
| | ) | Code, Section 846 |
| BRIAN MADDALENI | ) | |
| | ) | |

The UNITED STATES ATTORNEY charges:

On or about March 4, 2015, at Wheaton, in the Northern District of Illinois, Eastern Division, and elsewhere,

BRIAN MADDALENI,

defendant herein, did attempt to knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

_____
UNITED STATES ATTORNEY