**15CR 106** (CAT 3) Felony 

JUDGE PALLMEYER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE KIM

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**
   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **15-CR-106** U.S. v. BRIAN MADDALENI, et al
   **March 5, 2015**
   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **DAPCA Controlled Substances (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **21 U.S.C. § 846**

FILED

JAN 2 2 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sean K. Driscoll
Assistant United States Attorney