**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  15 CR 106-1 |
| | ) | |
| **Brian Maddaleni,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

By agreement, arraignment set for 1/28/2016 is stricken.   Arraignment and a plea of guilty set for 2/19/2016 at 1:00 PM.

ENTER:

*[signature: Rebecca R. Pallmeyer]*

Dated: January 28, 2016    _____
REBECCA R. PALLMEYER
United States District Judge